# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

WILLIAM BELL,

    Plaintiff,

vs.

NORTHLAND GROUP LLC,

    Defendant.

_____/

Case No. 2:17-cv-12746-LJM-MKM
District Judge Laurie J. Michelson
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| GARY D. NITZKIN (P41155) | DEBORAH A. LUJAN (P46990) |
| CREDIT REPAIR LAWYERS OF AMERICA | COLLINS EINHORN FARRELL PC |
| Attorneys for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 4000 Town Center, 9th Floor |
| Southfield, MI 48033 | Southfield, MI 48075 |
| (248) 353-2882/(248) 353-4840 (fax) | (248) 355-4141/(248) 355-4141 (fax) |
| gary@crlam.com | deborah.lujan@ceflawyers.com |

_____/

## **NOTICE OF SETTLEMENT**

    COME NOW Plaintiff William Bell and Defendant Northland Group LLC, by and through their counsel of record, and for their Notice of Settlement, hereby state as follows:

1.    The Plaintiff and Defendant have reached a settlement.

2.    The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to their counsel and after Plaintiff receives the settlement funds. The parties expect this to happen no later than May 31, 2018.

Dated: May 1, 2018.                  Respectfully submitted,

1

| CREDIT REPAIR LAWYERS OF AMERICA | COLLINS EINHORN FARRELL PC |
|---|---|
| By: /s/ Carl Schwartz<br>CARL SCHWARTZ (P70335)<br>Attorney for Plaintiff<br>22142 West Nine Mile Road<br>Southfield, MI 48034<br>(248) 353-2882<br>carl@micreditlawyer.com | By: /s/ Deborah A. Lujan<br>DEBORAH A. LUJAN (P46990)<br>Attorney for Defendant<br>4000 Town Center, 9th Floor<br>Southfield, MI 48075<br>(248) 355-4141<br>deborah.lujan@ceflawyers.com |

and

SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC

By: /s/ Louis Leonard Galvis
LOUIS LEONARD GALVIS (CO Bar #32885)
Attorney for Defendant
645 Stonington Lane
Fort Collins, CO 80525
(970) 223-4420
lgalvis@sessions.legal