UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BELL,
    Plaintiff,

                                          Case No. 2:17-cv-12746-LJM-MKM
v.                                          Hon. Laurie J. Michelson

NORTHLAND GROUP, LLC,
    Defendant.
_____

## STIPULATION TO DISMISS CASE
## WITH PREJUDICE AND WITHOUT FEES OR COSTS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims with prejudice and without attorney's fees or costs to either party.

| | |
|---|---|
| /s/ Gary D. Nitzkin | /s/ Deborah A. Lujan w/ consent |
| Gary D. Nitzkin (P41155) | Deborah A. Lujan (P46990) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 West Nine Mile Road | 4000 Town Center, 9th Floor |
| Southfield, Michigan  48033 | Southfield, MI 48075 |
| (248) 353-2882 | (248) 355-4141 |
| gnitzkin@crlam.com | Deborah.lujan@ceflawyers.com |

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BELL,
    Plaintiff,

                                        Case No. 2:17-cv-12746-LJM-MKM
v.                                    Hon. Laurie J. Michelson

NORTHLAND GROUP, LLC,
    Defendant.
_____

**ORDER OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT FEES OR COSTS**

The Court, having reviewed the parties' stipulation, and finding good cause shown;

**IT IS HEREBY ORDERED** that the within action is hereby dismissed with prejudice and without fees or costs to either party.

                                        s/Laurie J. Michelson
                                        LAURIE J. MICHELSON
Dated: June 7, 2018                U.S. DISTRICT JUDGE